**Order filed March 12, 2015**



## In The

# Eleventh Court of Appeals

_____

**Nos. 11-14-00177-CR, 11-14-00178-CR,
11-14-00179-CR, & 11-14-00180-CR**

_____

**JOHNNY LEE DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 90th District Court**

**Stephens County, Texas**

**Trial Court Cause Nos. F33385, F34015, F34016, & F34017**

## O R D E R

These appeals have become unduly stalled due to the failure of Appellant's appointed counsel, J. Bruce Harris, to file an appellate brief. The brief in each appeal was originally due on September 29, 2014. This court has granted three motions for extension in each appeal, extending the briefing deadline to October 29, 2014; December 29, 2014; and March 2, 2015, respectively. On

January 15, 2015, the clerk of this court notified Appellant's counsel that this court deemed the inordinate delay in filing Appellant's briefs to be a serious matter and informed counsel that the court expected Appellant's briefs to be filed by March 2, 2015, with no further extensions. As of this date, we still have not received Appellant's brief in any of these appeals.

In each appeal, **J. Bruce Harris** is **ORDERED** to file in this court a brief on behalf of Appellant on or before **3:00 p.m. on Thursday, March 26, 2015**. At that time, Appellant's briefs shall have already been e-filed or be present in the portal for the Eleventh Court of Appeals through eFileTexas.gov.

PER CURIAM

March 12, 2015

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.